UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
FEB 1 2 2003
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

EDWARD T. HANLEY, et al. )
)
       Plaintiffs, )
) CASE NO. 99 C 1486
v. )
) HON. NAN R. NOLAN
COMO INN, INC. AN ILLINOIS ) MAGISTRATE JUDGE
CORPORATION, et al., )
)
       Defendants. )

### NOTICE OF MOTION

**DOCKETED**
FEB 2 6 2003

To:  Robert S. Reda, Esq.
      David G. Trout, Esq.
      Reda & Associates, P.C.
      8 S. Michigan Ave., 33rd Floor
      Chicago, Illinois 60603

      Mark D. Roth, Esq.
      Orum & Roth
      53 West Jackson Blvd.
      Suite 1616
      Chicago, Illinois 60604

Hearing Date:  February 25, 2003
Time:             9:00 a.m.
Place:          U.S. Courthouse, 219 South Dearborn Street,
              Courtroom 1858, Chicago, Illinois 60604

     **PLEASE TAKE NOTICE** that on February 25, 2003 at 9:00 a.m. or as soon thereafter as counsel may be heard, plaintiffs' attorney shall appear before the Honorable Nan R. Nolan, District Judge, in the courtroom usually occupied by her in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, or before any other judge sitting in her place and stead, and shall then and there move the Court for hearing on:

    1.    PLAINTIFFS' MOTION FOR ORDER TO COMPEL DISCOVERY COMPLIANCE BY DEFENDANT STEFANO MARCHETTI BY DATE CERTAIN AND TO EXTEND DISCOVERY AND FOR SANCTIONS.

    2.    PLAINTIFFS' MOTION TO DETERMINE THE SUFFICIENCY OF RESPONSES OF DEFENDANTS SAG BRIDGE ENTERPRISES, STEFANO MARCHETTI, AND MONTEFIORI COLLECTIONS TO PLAINTIFFS' FIRST, SECOND, AND THIRD REQUEST FOR ADMISSION AND FOR SANCTIONS.



3. PLAINTIFFS' MOTION FOR ORDER TO COMPEL DISCOVERY COMPLIANCE BY DEFENDANT LAWRENCE MARCHETTI BY DATE CERTAIN AND TO EXTEND DISCOVERY AND FOR SANCTIONS.

4. PLAINTIFFS' MOTION TO DETERMINE THE SUFFICIENCY OF THE ANSWERS OF DEFENDANT LAWRENCE MARCHETTI TO PLAINTIFFS' FIRST, SECOND, AND THIRD REQUEST FOR ADMISSION AND FOR SANCTIONS.

A copy of each is herewith served upon you.

> Mark A. Spadoro
> Hanley & Spadoro
> 29 South LaSalle Street
> Suite 425
> Chicago, Illinois 60603
> Telephone:    (312) 782-9700
> Telecopier:   (312) 782-9707

**CERTIFICATE OF SERVICE**

The undersigned attorney certifies that copies of the foregoing Notice Of Motion and aforesaid plaintiffs' motions were caused to be served upon the attorneys listed above by hand delivery on February 12, 2003.

_____
Attorney

DISCOVERYCOMPEL\MOTIONNOT021103rev

Case: 1:99-cv-01486 Document #: 72 Filed: 02/12/03 Page 3 of 7 PageID #:97

FILED
FEB 1 2 2003
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

EDWARD T. HANLEY, et al., )
)
        Plaintiffs, )
)    CASE NO. 99 C 1486
v. )
)    HON. NAN R. NOLAN
COMO INN, INC., AN ILLINOIS )    MAGISTRATE JUDGE
CORPORATION, et al., )
)
        Defendants. )

DOCKETED
FEB 2 6 2003

**PLAINTIFFS' MOTION FOR ORDER TO COMPEL
DISCOVERY COMPLIANCE BY DEFENDANT STEFANO MARCHETTI BY DATE
CERTAIN AND TO EXTEND DISCOVERY AND FOR SANCTIONS**

    Plaintiffs, EDWARD T. HANLEY, et al., pursuant to Rule 37 of the Federal Rules of Civil Procedure, hereby move for the entry of an Order to Compel Discovery Compliance by Defendant STEFANO MARCHETTI by Date Certain and to Extend Deadline for Discovery and for Sanctions. In support thereof, plaintiffs state:

    1.    The Complaint is an ERISA collection action for unpaid employer contributions and withdrawal liability due to the HOTEL EMPLOYEES AND RESTAURANT EMPLOYEES INTERNATIONAL UNION WELFARE and PENSION FUND by the defendants.

    2.    On June 22, 2000, defendant STEFANO MARCHETTI was served with Plaintiffs' Combined Second Set of Interrogatories and Second Request For Production of Documents (hereinafter "Second Interrogatories").

    3.    On October 13, 2000, defendant STEFANO MARCHETTI served Answer of STEFANO MARCHETTI to Plaintiffs' Combined Second Set of Interrogatories and Second Request for Production of Documents ("Defendant's Answer"). A true and genuine copy of which is



attached hereto as Exhibit 1 and is incorporated herein by reference.

4. On February 4, 2003, plaintiffs' counsel and defendant's counsel had a telephone conversation pursuant to the General Rules of the United States District Court, Northern District of Illinois, to attempt to resolve plaintiffs' objections to Defendant's Answer, and plaintiffs have made a good faith effort to obtain answers to Plaintiffs' Second Interrogatories from defendant prior to taking court action.

5. The written discovery served by plaintiffs on defendant STEFANO MARCHETTI is relevant, reasonable, and necessary to the prosecution of the Complaint. Plaintiffs are unable to proceed with the depositions of defendants without supplemental responses to Plaintiffs' Second Interrogatories.

6. Pursuant to Rule 37(a) of the F.R.Civ.P., plaintiffs request entry of an order to compel discovery compliance by defendant STEFANO MARCHETTI related to Interrogatories No. 2, 3, and 5-11.

7. In the alternative, pursuant to Rule 37(c) of the F.R.Civ.P., plaintiffs request that if defendant STEFANO MARCHETTI does not supplement its response to Plaintiffs' Second Interrogatories, that defendant be barred from the introduction or use of any additional facts or documentation that were not previously disclosed during discovery in support of or in opposition to a motion for summary judgment and at trial, if a trial is necessary.

8. Pursuant to Rule 37(a) of the F.R.Civ.P., plaintiffs request entry of an order for sanctions against defendant STEFANO MARCHETTI for failure to respond to Plaintiffs' Second Interrogatories.

9. Plaintiffs request that the Court extend the close of discovery.

WHEREFORE, plaintiffs respectfully pray that this Honorable Court enter an order:

1. That defendant STEFANO MARCHETTI answer under oath and in writing Plaintiffs' Combined Second Set of Interrogatories and Second Request For Production of Documents Interrogatory numbers 2, 3, and 5-11 by a date certain.

2. In the alternative, if defendant STEFANO MARCHETTI does not supplement his response to Plaintiffs' Second Interrogatories number 2, 3, 5-11, that defendant is barred from the introduction or use of any facts or documentation that were not previously disclosed in discovery in support of or in opposition to a motion for summary judgment and at trial, if a trial is necessary.

3. That sanctions are entered against defendant STEFANO MARCHETTI for failure to respond to Plaintiffs' Second Interrogatories.

4. That the close of discovery is extended.

5. For such other relief deemed meet and just.

Respectfully submitted,

By: _____
Attorney

Mark A. Spadoro
Anthony E. Napoli
Joanne M.K. Kellogg
Hanley & Spadoro
29 South LaSalle Street
Suite 425
Chicago, Illinois 60603
(312) 782-9700

PWF\2COMOINN\DISCOVERYcompel\STEFANOcompel

3

**CERTIFICATION**

    Plaintiffs' attorney certifies that plaintiffs have in good faith attempted to confer with defendant in an effort to secure the discovery information and materials from defendant without court action.

_____
Attorney

4

# SEE CASE FILE FOR EXHIBITS